IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WALLACE A. GARDNER,
ADC #110784                                                                                          PLAINTIFF

V.                          CASE NO. 4:15CV00650 JLH

ASA HUTCHINSON, et al.                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 29th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE